CATHERINE HANCOX, *Appellant. v.* SAMUEL M. MEEKER, *Respondent.* — Decree affirmed, without costs. Opinion by DANIELS, J.

GEORGE FRAZIER, *Appellant, v.* THE MAYOR, ETC., OF THE CITY OF NEW YORK, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DAVIS, P. J.

HOWARD IVES, *Respondent, v.* HENRY B. LOCKWOOD, *Appellant.* — Order reversed and motion granted, with costs and disbursements. Opinion by DANIELS, J.

IN THE MATTER OF ADELAIDE CLEMENT. — Order affirmed, without costs. Opinion by DAVIS, P. J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* EMELINE AUSTIN and others *v.* EDWARD COOPER and others, *Respondents.* — Proceedings affirmed, with costs and disbursements. Opinion by DANIELS, J.

ADELAIDE R. KENNY, *Respondent, v.* EDWIN A. WEED and GEORGE CHANDLER, *Appellants.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

BOLTON HALL, *Respondent, v.* UNITED STATES REFLECTOR COMPANY, *Appellant.* — Appeal dismissed, without costs.

LAZARUS S. MURAD, *Appellant, v.* ELIAS R. THOMAS, *Respondent.* — Appeal from order discharging defendant on *habeas corpus* dismissed, without costs.

GEORGE WHITTAKER, *Respondent, v.* JOSEPH M. VALENTINE and another, *Appellants.* — Judgment modified as directed in opinion, and as modified affirmed, without costs to either party. Appeal from order allowing amendment to complaint dismissed, and that from order denying application for resettlement affirmed, with costs and disbursements. Order to be settled by DANIELS, J. Opinion by DANIELS, J.

HANNAH MEAD, *Administratrix, Appellant, v.* LUCRETIA C. SMITH, *Respondent.* — Judgment affirmed, with costs of appeal, but only as of one argument. Opinion by DAVIS, P. J.

CHARLES C. BRYCE and another, *Respondents, v.* AUGUST C. L. MEYER and another, *Appellants.* — Judgment and order affirmed. Opinion by DAVIS, P. J.

WILLIAM O. COOK, *Respondent, v.* THEODORE M. LEONARD, *Appellant.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DAVIS, P. J.

CHARLES W. PIERCE, Jr., and others, *Appellants, v.* CHARLES BOUTON, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DAVIS, P. J.

LUCIANO RINZ and others, *Plaintiffs, v.* CHARLES RENAULD and others, *Defendants.* — Motion for new trial denied and judgment ordered for plaintiffs on verdict. Opinion by DAVIS, P. J.